

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL DEGIDIO :
    Plaintiff,
                                   CIVIL ACTION
v. : NO. 11-1353

CENTRO PROPERTIES, LLC
    Defendant. :

FILED
FEB - 4 2013
MICHAEL E. KUNZ, Clerk
By _____Dep. Clerk

## **ORDER**

AND NOW, this 4th day of February, 2013, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 13), Plaintiff's Response thereto (Doc. No. 16), and Defendant's Reply (Doc. No. 19), it is hereby ORDERED that said Motion is GRANTED as follows:

(1) Count I of Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE; and

(2) This Court declines to exercise supplemental jurisdiction over Counts II and III of said Complaint.

BY THE COURT:

_____
C. Darnell Jones, II  J.